**Order filed, April 19, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00223-CV

_____

**SMART CALL LLC, Appellant**

**V.**

**GENIO MOBILE, INC, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2010-25504**

## ORDER

The reporter's record in this case was due **March 25, 2013**. *See* Tex. R. App. P. 35.1. On **April 03, 2013,** this court ordered the court reporter to file the record within 10 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jessica Kim**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Jessica Kim** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM